HENRY STEERS, INCORPORATED, Respondent, *v.* HEWLETT BAY COMPANY, Appellant.

*Steers, Inc.,* v. *Hewlett Bay Co.,* 171 App. Div. 913, affirmed.

(Argued October 30, 1918; decided November 19, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. Plaintiff entered into a contract with defendant to dredge material from certain parts of defendant's land under water and deposit the same on other parts thereof. This action was brought to recover a sum representing the additional cost and expense of the plaintiff caused it by reason of the defendant's failure to build the dikes necessary to control and impound the material dredged and pumped pursuant to this agreement as provided in the contract. The plaintiff alleged that it had performed the contract on its part, but that the dikes broke and delayed the plaintiff in the work and caused the plaintiff to rehandle certain material without compensation and at additional cost and expense.

*Alfred T. Davison* and *James K. Foster* for appellant.

*Charles Thaddeus Terry* and *Curtis Calvin Cooper* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.